ORIGINAL

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2003
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| | |
|---|---|
| DARREN DEL NERO, | ) |
| Plaintiff, | ) |
| vs. | ) CASE: CV 03-6511 GHK (RZx) |
| | ) ORDER OF DISMISSAL |
| RIDDLE & ASSOCIATES, P.C., et al, | ) UPON SETTLEMENT |
| Defendants, | ) |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within 45 days**, to reopen the action if settlement is not consummated.

Dated: November 24, 2003

GEORGE H. KING
U.S. DISTRICT JUDGE



ENTERED ON ICMS
NOV 25 2003
CV